**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GASIM ABUHAWA,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 05-75276<br><br>Agency No. A075-727-333<br><br>ORDER |
| GASIM ABUHAWA,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 05-77269<br><br>Agency No. A075-727-333 |
| GASIM ABUHAWA,<br><br>Petitioner,<br><br>v. | No. 06-73290<br><br>Agency No. A075-727-333 |

```
┌─────────────────────────────────────────────┐
│                                             │
│  ERIC H. HOLDER, Jr., Attorney General,     │
│                                             │
│           Respondent.                       │
│                                             │
└─────────────────────────────────────────────┘
```

Before: FRIEDMAN,[*] D.W. NELSON, and REINHARDT, Circuit Judges.

The memorandum disposition filed May 12, 2010, is hereby amended as follows:

1.  At page 6, paragraph 2, line 3 - page 7, paragraph 1, line 6:  Delete the text beginning <On remand> and ending <in a similar manner.> and replace it with the following sentence: <On remand, the BIA is not precluded from re-evaluting Abuhawa's credibility, although in doing so it may not, of course, draw adverse inferences on the bases that we have here rejected.  *See Soto-Olarte v. Holder*, 555 F.3d 1089, 1093-96 (9th Cir. 2009).>

With this amendment, the petition for rehearing is DENIED.

---

[*]    The Honorable Daniel M. Friedman, United States Circuit Judge for the Federal Circuit, sitting by designation.